■ In the Matter of SEYMOUR RITZER, Petitioner, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Education of the City of New York, made September 5, 1973, after a hearing, dismissing petitioner from service as a carpenter. Determination confirmed, without costs, and petition dismissed on the merits. We find that the record, viewed in its entirety, contains substantial evidence warranting

petitioner's dismissal. Martuscello, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ., concur.